103 F.3d 112
 Emily Graham-Weber v. County of Essex, Thomas J. D'Alessio,
Essex County Executive, Donald
V.
Biase, Essex County Administrator, Joseph J. Santiago, Essex
County of Department of Public Safety, Charles Zizza, Warden
of Essex County Jail Annex, Brenda Veltri Possumato, Essex
County Director of Personnel, James F. Critchely, Essex
County Director of Department of Public Safety, Carmen
Fernicola, Senior Administrative Analyst for Essex County
Department of Public Safety,
 NO. 96-5230
 United States Court of Appeals,
Third Circuit.
 Nov 12, 1996
 
 Appeal From: D.N.J., No. 92-CV-02807,
 Walls, J.
 
 
 1
 AFFIRMED.